**TO:**     Eastern District Federal Court Clerk

**FROM:**   Michael Magness

**RE:**     Case No 6:22-CV-00376, Magness v Pettigrew

**SUBJ:**   Change of Address

---

I have recently been transferred to the Allen Gamble Correctional Center in Holdenville. Please update my address of record to the following:

Michael Magness, 765965
AGCC, D-N-219
6888 East 133rd Road
Holdenville, OK 74848-9033

Also, could you please provide an update on the status of this case? It has been before the Court for two years now and the last official action was taken over a year ago. I understand there is no "quick and speedy" for Habeas review; however, but for this case, I would be free from prison. Any indication of an expected timeline would be greatly appreciated.

Further, with the transfer of facility, my Warden has changed as well. My new Warden's name is Michael Miller. Please update the styling of the case name if need be.

Respectfully Submitted,

_Michael Magness_
Michael Magness, 765965
AGCC, D-N-219
6888 East 133rd Road
Holdenville, OK 74848-9033

6/7/25
Date